## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>IFC Credit Corporation, Plaintiff<br>    v.<br>Pack Medical, Inc. and Charles F. Vanover a/k/a Charles Vanover, Individually, Defendants | Case Number:<br>FILED: JULY 9, 2008<br>08CV3902<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, IFC Credit Corporation                                    PH

---

**NAME (Type or print)**
Beth Anne Alcantar (balcantar@ifccredit.com)

**SIGNATURE (Use electronic signature if the appearance form is filed electronically)**
    s/

**FIRM**
IFC Credit Corporation

**STREET ADDRESS**
8700 Waukegan Road, Suite 100

**CITY/STATE/ZIP**
Morton Grove, IL 60053

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06226582 | TELEPHONE NUMBER<br>847-663-6700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐