## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3902                    Assigned/Issued By: j. n.

Judge Name: Gottschall                   Designated Magistrate Judge: Mason

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                              Receipt #: 2919534

Date Payment Rec'd: 7-9-08                    Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                      _____
   *(Type of Writ)*                      _____
                                         *(Type of issuance)*

2 Original and 0 copies on 7-9-08 as to all defendants
                        *(Date)*