IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IFC Credit Corporation, an Illinois )
corporation, )
)
)
                               Plaintiff, )
)
v. )   Case No.
)
PACK MEDICAL, INC. AND CHARLES )   FILED: JULY 9, 2008
F. VANOVER A/KA CHARLES )   08CV3902
VANOVER, INDIVIDUALLY, )   JUDGE GOTTSCHALL
)   MAGISTRATE JUDGE MASON
                            Defendants )
)   PH
)

**F.R.C.P. Rule 7.1 Disclosure Statement**

The undersigned, counsel of record for IFC Credit Corporation furnishes the following list in compliance with F.R.C.P. 7.1:

1.    IFC Credit Corporation does not have a parent corporation.

2.    No publicly held company owns 10 percent or more of IFC Credit Corporation's stock.

                                                                   Respectfully Submitted,

                                                                   IFC Credit Corporation

Dated: July 9, 2008                   By: /s/ BETH ANNE ALCANTAR
                                                         One of its Attorneys

Beth Anne Alcantar, IARDC No. 06226582
Attorneys for Plaintiff,
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700